440 A.2d 1189

**Katherine DRAVING and John C. Draving, Appellants,**

v.

**LOWER SOUTHAMPTON TOWNSHIP Zoning Hearing Board, and Lower Southampton Township.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1982.

Decided Feb. 19, 1982.

E. Dillwyn Darlington, Feasterville, for appellant.

Ronald J. Smolow, Daniel J. Lawler, Pamela Reiss, Feasterville, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.